1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEITH BERMAN,                    ) Case No. EDCV 19-7079-PSG (JPR)
                                 )
                Plaintiff,       )
                                 ) CASE MANAGEMENT ORDER
        v.                       )
                                 )
ANDREW SAUL, Commissioner        )
of Social Security,             )
                                 )
                                 )
                Defendant.       )
_____)

   **In accordance with Local Rule 5-4, this case is designated for electronic filing.**  In order to facilitate the just, speedy, and inexpensive determination of this case, the parties must comply with the following instructions.  <u>Please read this order carefully, as it may differ from other judges' orders for Social Security appeals.</u>

**I.    Service of the Summons, Complaint, and Notice of**
       **Appearance**

   Plaintiff must promptly serve the summons and complaint on the Commissioner in the manner required by Federal Rule of Civil Procedure 4(i) and 20 C.F.R. § 423.1.  Plaintiff must

1

electronically file a proof of service showing compliance with this paragraph within 30 days of the date of this order or as soon as service is timely completed.[1]  Government counsel must file and serve a notice of appearance within 30 days of service of the action.[2]

## II.  **Motion to Dismiss**

Any motion to dismiss the complaint should be electronically filed.  Any opposition or notice of nonopposition must be filed within 30 days of service of the motion; any reply must be filed within 14 days of service of the opposition.  The motion will be deemed submitted on the basis of the papers timely filed, without oral argument, unless the Court orders otherwise.  See Fed. R. Civ. P. 7, 12; C.D. Cal. Rs. 7, 12.  Chambers copies of all motion papers (including the opposition and reply), with the Notice of Electronic Filing attached, must either be (a) delivered to the Magistrate Judge's Chambers no later than 4 p.m. the next court day or (b) mailed to U.S. Magistrate Judge Jean Rosenbluth at Roybal Courthouse, Courtroom 690, 255 East Temple Street, Los Angeles, CA 90012, no later than the next court day.

---

[1]  If this Case Management Order is electronically filed before service of the summons and complaint, Plaintiff must serve a copy of this order concurrently with the summons and complaint. If this order is electronically filed after service of the summons and complaint, Plaintiff must serve a copy of it by first-class mail on the Office of the U.S. Attorney within 14 days of the date the order is electronically filed, and Plaintiff must promptly electronically file a proof of service with the Court.

[2]  The filing of consent to proceed before the magistrate judge will serve as a notice of appearance.

**III.  Service of Administrative Record and Notice Thereof**

The Commissioner has 90 days from the date of service of the complaint in which to serve a complete copy of the certified administrative record on Plaintiff.

**IV.  Mandatory Settlement Procedures**

The parties must engage in good-faith settlement negotiations to resolve the matter, according to the following schedule.

A.   Within 14 days of service of a copy of the administrative record, Plaintiff must prepare and email to government counsel a detailed settlement proposal.

B.   Within 21 days of receipt of the written settlement proposal, the Commissioner must evaluate the merits of Plaintiff's contentions and email a response to Plaintiff's proposal.  The parties are encouraged to engage in further written or telephonic discussions regarding the issues on appeal.

C.   Within seven days of service on Plaintiff of the Commissioner's written response to the settlement proposal, one of the following must occur:

1.   The parties electronically file a stipulation dismissing, remanding, or otherwise resolving the case;

2.   The parties electronically file a Joint Status Report advising the Court that they are exercising their option to extend the due dates an additional 14 days for continued settlement discussions (such extension is automatic upon filing of the Joint Status Report).  Within 14 days after the electronic filing of a Joint Status Report, the parties must comply with either paragraph 1 or

3

3; or,

3.    The Commissioner electronically files an answer (or a noticed motion to dismiss or remand) and manually files the certified administrative record with the Clerk.  A Notice of Manual Filing of the Administrative Record must be electronically filed.

**V.    Joint Stipulation**

If the parties cannot resolve the matter in settlement discussions (and there is no motion to dismiss or remand pending), the parties must electronically file a Joint Stipulation according to the schedule set forth below.  The parties must cooperate in preparing the Joint Stipulation, and sanctions may be imposed for any failure to cooperate.  A Joint Stipulation that is not signed by counsel for both parties may be rejected and stricken by the Court.  A Joint Stipulation that is electronically filed but is not prepared in the manner required by this order may be stricken, in which event the parties will be required to cure the defects by electronically filing an Amended Joint Stipulation.

**VI.   Content of Joint Stipulation**

The Joint Stipulation must include a brief summary of the case, the parties' positions with respect to the Administrative Law Judge's summary of the material medical evidence and testimony of record, a statement of the disputed issues, the parties' contentions as to each disputed issue, and the parties' statements of the relief requested.

**VII.  <u>Schedule for Preparation and Filing of Joint Stipulation</u>**

        The Joint Stipulation must be prepared and electronically filed according to the following schedule:

        A.   Within 35 days of the filing of the Answer, Plaintiff's counsel must prepare and deliver to government counsel a draft of Plaintiff's portions of the Joint Stipulation (not to exceed a total of 25 pages, <u>see</u> C.D. Cal. R. 11-6) in an appropriate electronic format.  NOTE: Plaintiff's attorney is responsible for providing Plaintiff's portion of the joint submission to government counsel in a timely manner without reminder or prompting from the government.  If Plaintiff fails to comply with the terms of this order, government counsel may file a brief notice of noncompliance to inform the Court of the status of the action.  The Court will consider a full range of remedial actions for violative conduct.

        B.   Within 35 days of the date on which Plaintiff's counsel provides government counsel with the draft of Plaintiff's portions of the Joint Stipulation, the Commissioner must provide to Plaintiff's counsel the Commissioner's portions of the Joint Stipulation (not to exceed 25 pages) in an appropriate electronic format.  Government counsel must state in this document that the parties previously engaged in the mandatory settlement process.

        C.   If desired, Plaintiff will have 14 days to provide government counsel with an optional reply (not to exceed 10 pages).  <u>Plaintiff may not use the reply to raise new issues the Commissioner has not had an opportunity to address.</u>

        D.   Government counsel will have seven days to electronically file the joint submission.  A chambers copy of the

5

Joint Stipulation, with the Notice of Electronic Filing attached, must either be (a) delivered to the Magistrate Judge's Chambers no later than 4 p.m. the next court day or (b) mailed to U.S. Magistrate Judge Jean Rosenbluth at Roybal Courthouse, Courtroom 690, 255 East Temple Street, Los Angeles, CA 90012, no later than the next court day.

**VIII. <u>Requests for Extensions of Time</u>**

As in any civil action in this Court, the parties are strongly encouraged to seek relief from the timing provisions of this order in advance of any deadlines.  Whenever possible, a request for extension of time should be made in the form of a proposed stipulated order.

**IX. <u>Oral Argument</u>**

Unless otherwise ordered, the issues presented in any Joint Stipulation will be submitted for decision without oral argument.

**X. <u>Motions and Petitions for Attorney Fees</u>**

A. <u>Equal Access to Justice Act</u>

1. Any motion or petition for attorney fees, costs, and expenses must be made in accordance with 28 U.S.C. § 2412 (EAJA).

2. The Commissioner has 21 days from the date of electronic filing of the motion or petition within which to electronically file the Commissioner's position with respect to the motion or petition.

3. If the Commissioner believes a possibility exists of arriving at a settlement with Plaintiff of the fees, costs, and expenses, the parties should electronically file a stipulation to extend the time for the Commissioner to

6

file opposition to give the parties an opportunity to discuss settlement.  Any such stipulated extension must be electronically filed before the Commissioner's opposition is due, and the stipulated extension should be for no more than 30 days.

4.    Assuming there is no extension to discuss settlement or that no settlement is reached after such an extension, Plaintiff may electronically file a reply to the Commissioner's opposition within 10 days of service of the opposition.

5.    After electronically filing a document under this section, a chambers copy with the Notice of Electronic Filing attached must either be (a) delivered to the Magistrate Judge's Chambers no later than 4 p.m. the next court day or (b) mailed to U.S. Magistrate Judge Jean Rosenbluth at Roybal Courthouse, Courtroom 690, 255 East Temple Street, Los Angeles, CA 90012, no later than the next court day.

6.    The matter will stand submitted for decision under Local Rule 7-15 as of the date of the last filing.

B.    <u>42 U.S.C. § 406(b)</u>

1.    Any motion or petition for attorney fees under 42 U.S.C. § 406(b) must be made by Plaintiff's counsel within a reasonable time after the publication of a notice by the Commissioner allowing the Court to determine the maximum allowable fee under that provision.  The motion or petition must include a statement by Plaintiff's counsel indicating

7

the amount of EAJA fees or 42 U.S.C. § 406(a) fees awarded or requested.

2.   Plaintiff's counsel should state in the notice of motion that Plaintiff may file any statement or opposition not more than 14 days after service of the motion or petition and that any statement or opposition filed by Plaintiff should be served on both Plaintiff's counsel and government counsel.

3.   The Commissioner must electronically file any response or opposition not more than 14 days after service of the motion or petition and also manually serve a copy on the Plaintiff.

4.   Plaintiff's counsel may electronically file a reply in support of the motion or petition within seven days of service of any response or opposition and must manually serve a copy on the Plaintiff.

5.   After electronically filing a document under this section, a chambers copy with the Notice of Electronic Filing attached must either be (a) delivered to the Magistrate Judge's Chambers no later than 4 p.m. the next court day or (b) mailed to U.S. Magistrate Judge Jean Rosenbluth at Roybal Courthouse, Courtroom 690, 255 East Temple Street, Los Angeles, CA 90012, no later than the next court day.

1        6.   The matter will stand submitted for decision

2   under Local Rule 7-15 as of the date the last filing is

3   due.

4

5   DATED: August 20, 2019              /s/

6                                   JEAN ROSENBLUTH
                                    U.S. MAGISTRATE JUDGE

9