NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-07079-JPR<br><br>**[PROPOSED]**<br>**ORDER TO EXTEND BRIEFING SCHEDULE** |

**IT IS HEREBY ORDERED** that Defendant shall have a first extension of 35 days to provide his portion of the Joint Stipulation to Plaintiff, from April 22, 2020, to May 27, 2020.  All other case management dates are continued accordingly.

Dated: April 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE