JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BERMAN, | ) Case No. CV 19-7079-JPR |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order Reversing Commissioner, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the Commissioner's decision and remanding the case for further proceedings is GRANTED; (2) Defendant's request for an order affirming the Commissioner's final decision is DENIED; and (3) this action is remanded for further proceedings consistent with the Memorandum Decision and Order Reversing Commissioner.

DATED: 2/2/2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE