Eliot R. Samulon, SBN: 67401
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: esamulon@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH BERMAN,<br><br>　　　Plaintiff,<br>vs.<br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 2:19-cv-07079 JPR<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $8,500.00 (Eight Thousand Five Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 4/23/2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE